JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 876 -- In re Craig Supply, Inc./Sterling Supply Corp. Asset ~~Aquisition~~ Acquisition Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/01/22 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 & A-2), EXHIBITS A-E AND CERT. OF SVC. -- Sterling Supply Corporation -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF MASSACHUSETTS -- SUGGESTED TRANSFEREE JUDGE: ? (received 1/22/91) (rh) |
| 91/02/04 | | APPEARANCES: BRUCE W. FELMLY, ESQ. for Ralph B. Craig; FRANCIS L. CRAMER, ESQ. for Fleet-NH, Inc.; STUART F. LISS, ESQ. for Siegel, Dunn & Geary, Inc.; MICHAEL L. BANKS, ESQ. for Gary J. Wasserson, Sterling Supply Corporation (sg) |
| 91/02/11 | 2 | RESPONSE -- (to pldg. #1) Ralph B. Craig, Jr. -- w/cert. of svc. (sg) |
| 91/02/12 | | LETTER -- filed by movant Sterling Supply Corporation -- correcting Schedule A (Attached to pldg. #1) (sg) |
| ~~91/02/12~~ | ~~2~~ | ~~RESPONSE -- (to pldg. #1) Ralph B. Craig, Jr. -- w/cert. of svc. (sg)~~ |
| 91/02/14 | 3 | RESPONSE -- (to pldg. #1) filed by deft. Fleet Bank - NH, Inc. -- w/cert. of svc. (sg) |
| 91/02/15 | 4 | RESPONSE -- (to pldg. #2) Sterling Supply Corporation -- w/cert. of svc. (sg) |
| 91/02/15 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 22, 1991 in Palm Springs, California (rh) |
| 91/03/21 | | ALL WAIVER ORAL ARGUMENT -- (For hearing on 3/22/91 in Palm Springs, California) (rh) |
| 91/04/24 | | TRANSFER ORDER -- transferring A-1 thru A-2 to the District of New Hampshire for pretrial proceedings -- Notified involved judges, clerks, counsel and misc. recipients (sg) |
| 91/04/24 | | CONSENT OF TRANSFEREE COURT for litigation to be assigned to District of New Hampshire and assigned to Judge Shane Devine. (rew 4/3/92) |

JPML Form 1

Revised: 8/78

DOCKET NO. 876 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Craig Supply, Inc./Sterling Supply Corp. Asset Acquisition Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/24/91 | TO | Unpublished | New Hampshire | Shane Devine | |

Catherene Dube
603-225-1587

MDL C.91-3008-D

**Special Transferee Information**

DATE CLOSED: 4/22/94

JPML FORM 1                                   LISTING OF INVOLVED ACTIONS

DOCKET NO. 876 -- In re Craig Supply, Inc./Sterling Supply Corp. Asset Acquisition Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ralph B. Craig, Jr. v. Gary J. Wasserson, et al. | N.H. Devine | ~~90-134-D~~ 90-314-D | 1/7/41 | | 4/22/94 | settled |
| A-2 | Sterling Supply Corp. v. Ralph B. Craig, Jr., et al. | Mass. Wolfe | 91-10134 WF | 4/24/91 | 91-181-D | 3/31/92* | see below |

Sept. 1993 - same
Sept. 1994 - 2 dis*/1 lt. closed

NH MASTER FILE #
C91-3000 D

Closed Statistically
3/31/92

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 876 -- In re Craig Supply, Inc./Sterling Supply Corp. Asset Acquisition Litigation

RALPH B. CRAIG, JR. (A-1)
Bruce W. Felmly, Esq.
McClane, Graf, Raulerson & Middleton
40 Stark Street
P.O. Box 326
Manchester, NH 03105-0326

FLEET-NH, INC. (A-2)
Francis L. Cramer, Esq.
Sullivan and Gregg, P.A.
One Indian Head Plaza
Nashua, New Hampshire  03060

SIEGEL, DUNN & GEARY, INC. (A-2)
~~Stuart F. Liss, Esq.~~
~~Nicholson & Liss, P.C.~~    per order signed by
~~33 Bedford Street~~         Judge William H. Barry, Jr.
~~P.O. Box 518~~              (dated 5/4/93)
~~Lexington, MA 02173~~

GARY J. WASSERSON  (A-1)
STERLING SUPPLY CORPORATION (A-1)
~~Michael L. Banks, Esq.~~
~~Morgan, Lewis & Bockius~~   per order signed
~~2000 One Logan Square~~     by Judge Shane Devine
~~Philadelphia, PA 19103~~    (12/23/93)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 876 -- In re Craig Supply, Inc./Sterling Supply Corp. Asset Acquisition Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Gary J. Wasserson | A-1 |
| Sterling Supply Corp. | A-1, |
| Ralph B. Craig, Jr. | A-2 |
| Siegel, Dunn & Geary, Inc. | A-2 |
| Fleet-NH, Inc. | A-2 |